JUDGE MARRERO

08 CV 5158

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

EDGE GROUP WAICCS LLC,                    :

                *Plaintiff,*                    :

   - against -                              :

THE SAPIR GROUP LLC,                      :

            *Defendant.*                   :

--------------------------------------------------------------x

Civil Action No:

RULE 7.1
DISCLOSURE STATEMENT

RECEIVED
JUN 0 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate

Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff Edge Group WAICCS LLC (a private non-governmental party) certifies that Plaintiff

does not have any corporate parents, affiliates, or subsidiaries that are publicly held.

Dated:  June 4, 2008

                          Respectfully submitted,

                          VINSON & ELKINS L.L.P.

                          Steven Paradise
                          Michael V. Rella
                          666 Fifth Avenue, 26th Floor
                          New York, New York 10103
                          Tel:  (212) 237-0000
                          Fax:  (212) 237-0100

                          Michael L. Raiff
                          Katie K. Burrus
                          VINSON & ELKINS L.L.P.
                          Trammel Crow Center
                          2001 Ross Avenue, Suit 3700
                          Dallas, Texas 75201
                          Tel:  (214) 220-7700
                          Fax:  (214) 999-7700

                          *Attorneys for Plaintiff Edge Group WAICCS LLC*