**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EDGE GROUP WAICCS LLC,                :
                                      :   Case No.: 08-CV-05158 (VM)
            *Plaintiff*,              :
                                      :
   - against -                        :   ECF CASE
                                      :
THE SAPIR GROUP LLC,                  :   MOTION TO
                                      :   ADMIT COUNSEL
            *Defendant*.              :   <u>*PRO HAC VICE*</u>
-----------------------------------------------------------x

  Upon the annexed Declaration of Michael V. Rella, executed on June 17, 2008, and the exhibits thereto, and pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Michael V. Rella, a member in good standing of the bar of this Court, hereby move on behalf of Plaintiff Edge Group WAICCS LLC for an Order allowing the admission *pro hac vice* of:

Michael L. Raiff, Esq.
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
Telephone: (214) 220-7705
Facsimile: (214) 999-7705

AND

Katie Burrus, Esq.
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
Telephone: (214) 220-7830
Facsimile: (214) 999-7830

As reflected in Exhibit A to my annexed Declaration, both Mr. Raiff and Ms. Burrus are members in good standing of the Bar of the State of Texas, and there are no pending disciplinary proceedings against Mr. Raiff or Ms. Burrus in any State or Federal court.

June 17, 2008
New York, New York

        Respectfully submitted,

        VINSON & ELKINS L.L.P.

        */s/ Michael V. Rella*
        ―――――――――――――――――
        Steven Paradise
        Michael V. Rella
        666 Fifth Avenue, 26th Floor
        New York, New York 10103
        Tel: (212) 237-0000
        Fax: (212) 237-0100

        Michael L. Raiff
        Katie K. Burrus
        VINSON & ELKINS L.L.P.
        Trammel Crow Center
        2001 Ross Avenue, Suit 3700
        Dallas, Texas 75201
        Tel: (214) 220-7700
        Fax: (214) 999-7700

        ***Attorneys for Plaintiff Edge Group WAICCS LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* with attached Declaration and exhibits were served on the defendant below and the defendant's registered agent below, as defendant has yet to have counsel appear on its behalf in this action, by depositing a true copy of the documents, enclosed in a postpaid wrapper properly addressed to the below defendant and the defendant's registered agent, in an official depository under the exclusive care and custody of the United States Postal Service within New York State:

The Sapir Group LLC
384 Fifth Avenue
New York, New York 10018

National Corporate Research, Ltd.
Registered Agent for The Sapir Group LLC
615 South Dupont Highway
Dover, Delaware 19901

_6\17\08_
Date

_[signature]_
Signature

NewYork 241612v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDGE GROUP WAICCS LLC, :
: Case No.: 08-CV-05158 (VM)
*Plaintiff*, :
:
- against - : ECF CASE
:
THE SAPIR GROUP LLC, : DECLARATION OF
: MICHAEL V. RELLA, ESQ.
*Defendant.* :
------------------------------------------------------------x

MICHAEL V. RELLA, ESQ. declares, pursuant to 28 U.S.C. § 1746:

1. I am an associate of the law firm of Vinson & Elkins L.L.P., attorneys for Plaintiff Edge Group WAICCS LLC in this action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael L. Raiff, Esq. and Katie Burrus, Esq. as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the New York State Bar, and was admitted to practice law on February 16, 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Michael L. Raiff, Esq. is a member in good standing of the Bar of the State of Texas and is a partner of the law firm of Vinson & Elkins L.L.P. His address is:

> Vinson & Elkins L.L.P.
> 3700 Trammell Crow Center
> 2001 Ross Avenue
> Dallas, Texas 75201-2975
> Telephone: (214) 220-7705
> Facsimile: (214) 999-7705

4. Katie Burrus, Esq. is a member in good standing of the Bar of the State of Texas, and is an associate of the law firm of Vinson & Elkins L.L.P. Her address is:

> Vinson & Elkins L.L.P.
> 3700 Trammell Crow Center
> 2001 Ross Avenue
> Dallas, Texas 75201-2975
> Telephone: (214) 220-7830
> Facsimile: (214) 999-7830

5. I have found Mr. Raiff and Ms. Burrus to be skilled attorneys and individuals of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

6. Attached as Exhibit A for filing with the Clerk of this Court are certificates from the State Bar of Texas that have been issued within thirty days of this motion, which state that Mr. Raiff and Ms. Burrus are members in good standing of the Bar of the State of Texas. Pursuant to Local Rule 1.3(c), this is a good and sufficient reason for their admission to this Court *pro hac vice*.

7. Accordingly, I am pleased to move the admission of Mr. Raiff and Ms. Burrus *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Mr. Raiff and Ms. Burrus *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, Plaintiff respectfully requests that the motion to admit Michael L Raiff, Esq. and Katie Burrus, Esq. *pro hac vice* to represent Plaintiff in this matter be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2008.

_____
Michael V. Rella, Esq.

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Michael L. Raiff**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1992.

    I further certify that the records of this office show that, as of this date

**Michael L. Raiff**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 12th day of June, 2008.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 0612G

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Katherine Diane Kirkendall Burrus**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 2005.

I further certify that the records of this office show that, as of this date

**Katherine Diane Kirkendall Burrus**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 12th day of June, 2008.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 0612D

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EDGE GROUP WAICCS LLC,                  :
                                        :  Case No.: 08-CV-05158 (VM)
         *Plaintiff*,                 :
                                        :
    - against -                        :  ECF CASE
                                        :
THE SAPIR GROUP LLC,                    :  [PROPOSED] ORDER FOR
                                        :  ADMISSION *PRO HAC VICE*
         *Defendant*.                :  ON WRITTEN MOTION
-----------------------------------------------------------x

    Upon the motion of Michael V. Rella, Esq., attorney for Plaintiff Edge Group WAICCS LLC, and the Declaration of Michael V. Rella in support;

**IT IS HEREBY ORDERED** that

Michael L. Raiff, Esq.
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
Telephone: (214) 220-7705
Facsimile: (214) 999-7705

AND

Katie Burrus, Esq.
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
Telephone: (214) 220-7830
Facsimile: (214) 999-7830

are admitted to practice *pro hac vice* as counsel for Plaintiff Edge Group WAICCS LLC in the referenced matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac* fee to the Clerk of the Court.

SO ORDERED, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE