USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

MARRERO S,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
EDGE GROUP WAICCS LLC,

        Plaintiff,

- against -

THE SAPIR GROUP LLC,

        Defendant.
----------------------------------------x

Civil Action No.: 08-CV-05158 (VM)

ECF CASE

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties hereto, that the time for Defendant The Sapir Group LLC to answer Plaintiff Edge Group WAICCS LLC's Amended Complaint, dated June 6, 2008, is extended up to and including July 28, 2008. This is Defendant's first request for an extension;

IT IS HEREBY FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, or by facsimile or other electronic means, each of which, when executed and delivered, are an original, and all taken together, constitute one stipulation.

DATED: June 19, 2008

VINSON & ELKINS L.L.P.

By: _____
    Steven Paradise
    Michael V. Rella
666 Fifth Avenue, 26th Floor
New York, New York 10103
(212) 237-0000

*Attorneys for Plaintiff*
 *Edge Group WAICCS LLC*

THE SAPIR ORGANIZATION

By: _____
    Richard L. Altrelli
    Lorenzo V. DeLillo (LD 0695)
384 Fifth Avenue
New York, New York 10018
(212) 971-0111 x. 197

*Attorneys for Defendant*
 *The Sapir Group LLC*

SO ORDERED: 20 June 2008

_____
Hon. Victor Marrero
United States District Judge