UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDGE GROUP WAICCS LLC,

        *Plaintiff,*

- against -

THE SAPIR GROUP LLC,

        *Defendant.*
------------------------------------------------------------x

Case No.: 08-CV-05158 (VM)

ECF CASE

[PROPOSED] ORDER FOR
ADMISSION *PRO HAC VICE*
ON WRITTEN MOTION

Upon the motion of Michael V. Rella, Esq., attorney for Plaintiff Edge Group WAICCS LLC, and the Declaration of Michael V. Rella in support;

**IT IS HEREBY ORDERED** that

Michael L. Raiff, Esq.
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
Telephone: (214) 220-7705
Facsimile: (214) 999-7705

AND

Katie Burrus, Esq.
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
Telephone: (214) 220-7830
Facsimile: (214) 999-7830

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08
```

are admitted to practice *pro hac vice* as counsel for Plaintiff Edge Group WAICCS LLC in the referenced matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac* fee to the Clerk of the Court.

SO ORDERED, this 23rd day of June, 2008.

_____
Victor Marrero
UNITED STATES DISTRICT JUDGE