UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDGE GROUP WAICCS LLC,

         Plaintiff,

- against -

THE SAPIR GROUP LLC,

         Defendant.
------------------------------------------------------------x

Civil Action No.: 08-CV-05158 (VM)

ECF CASE

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties hereto, that the time for Defendant The Sapir Group LLC to answer Plaintiff Edge Group WAICCS LLC's Amended Complaint, dated June 6, 2008, is extended up to and including September 18, 2008. This is Defendant's second request for an extension; its first request was So Ordered by the Court on June 20, 2008;

IT IS HEREBY FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, or by facsimile or other electronic means, each of which, when executed and delivered, are an original, and all taken together, constitute one stipulation.

DATED: July 21, 2008

VINSON & ELKINS L.L.P.

By: _____
Steven Paradise
Michael V. Rella
666 Fifth Avenue, 26th Floor
New York, New York 10103
(212) 237-0000
*Attorneys for Plaintiff*
 *Edge Group WAICCS LLC*

THE SAPIR ORGANIZATION

By: _____
Richard I. Altrelli
Lorenzo M. DeLillo (LD 0695)
384 Fifth Avenue
New York, New York 10018
(212) 971-0111 x. 197
*Attorneys for Defendant*
 *The Sapir Group LLC*

SO ORDERED: 23 july 2008

_____
Hon. Victor Marrero
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-08