KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Marc E. Kasowitz
Paul M. O'Connor III
Seth A. Moskowitz
1633 Broadway
New York, New York 10019-6799
(212) 506-1700
mkasowitz@kasowitz.com
poconnor@kasowitz.com
smoskowitz@kasowitz.com

*Attorneys for Plaintiff Edge Group WAICCS LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

EDGE GROUP WAICCS LLC,              :
                                     :
             *Plaintiff*,            :
                                     :
    - against -                      :   Civil Action No.: 08-CV-5158 (MHD)
                                     :
THE SAPIR GROUP LLC,                 :   ECF
                                     :
             *Defendant*.            :
                                     :
-------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF PAUL M. O'CONNOR III

Paul M. O'Connor III, declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the bar of this Court and a partner at the firm Kasowitz, Benson, Torres & Friedman, LLP, counsel for plaintiff Edge Group WAICCS LLC ("Edge Group") in this action. I submit this supplemental declaration in response to The Sapir Group LLC's Motion for Partial Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the April 27, 2009 deposition of Steven Evans.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the May 28, 2009 deposition of Reagan Silber.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from a January 31, 2008 appraisal prepared by CB Richard Ellis.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from a June 30, 2008 appraisal prepared by CB Richard Ellis.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from a January 28, 2009 appraisal prepared by HVS Consulting and Valuation Services.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the May 19, 2009 deposition of Trevor Pearlman.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the June 8, 2009 deposition of Anthony Orso.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the May 13, 2009 deposition of Lawrence Britvan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 30, 2009

                            /s/ Paul M. O'Connor III
                            Paul M. O'Connor III

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2009 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties of record which are CM/ECF participants by operation of the Court's electronic filing system. I also certify that I have served the foregoing pleading upon counsel for defendant The Sapir Group LLC by electronic mail.

/s/   Paul M. O'Connor III