UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
EDGE GROUP WAICCS LLC,                    Civil Action No.: 08-CV-5158 (MHD)

            Plaintiff,

                                                  SUPPLEMENTAL DECLARATION
- against -                                                        OF ALEX SAPIR

THE SAPIR GROUP LLC,

           Defendant

-----------------------------------------------------X

       ALEX SAPIR, under penalty of perjury, declares as follows:

       1.    I am a member of the defendant The Sapir Group LLC. I submit this supplemental declaration in opposition to plaintiff's motion for summary judgment. I have personal knowledge of the facts set forth herein.

       2.    AI Nevada TIC, LLC ("AI") owned a 49% tenancy in common interest in the Property (as defined in defendant's memorandum of law submitted in opposition to plaintiff's motion for summary judgment (the "Memorandum")). On May 15, 2008, defendant purchased 20.41% of AI's TIC ownership interest in the Property, representing a 10% tenancy in common interest in the Property. The purchase price was approximately $21 million.

       3.    Defendant is a distinct legal entity which keeps its own records and has its own bank account. At the present time, defendant is financially unable to pay plaintiff the $19 million balance of the purchase price for plaintiff's membership interest in WAICCS Las Vegas 2 LLC, pursuant to the terms of the Amendment (as defined in the Memorandum). Defendant is more than $250,000,000 in debt, its assets are not liquid and are not readily saleable, and it currently has only approximately $4,000 in cash and cash equivalents.

Executed under penalty of perjury this 30 day of July, 2009.

_____
Alex Sapir