```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
THE EDGE GROUP WAICCS, L.L.C.             :

                Plaintiff,                :    AMENDED
                                               ORDER
        -against-                         :    08 Civ. 05158 (MHD)

THE SAPIR GROUP, L.L.C.,                  :

                Defendant.                :
------------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

4/5/10

The conference originally scheduled for April 8, 2010 at 10:00 A.M. is hereby **rescheduled** for **FRIDAY, APRIL 30, 2010** at **10:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York
       April 5, 2010**

SO ORDERED.

_____
**MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been faxed today to:

Marc E. Kasowitz, Esq.
Paul M. O'Connor III, Esq.
Seth Moskowitz, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
Fax: (212) 506-1800

Michael V. Rella, Esq.
Vinson & Elkins L.L.P.
Fax: (212)-237-0100

David C. Segal, Esq.
Douglas Ian Segal, Esq.
Sukenik, Segal & Graff PC
Fax: (212) 481-5520